### 50978. PICKEL v. METRO COMMERCIAL INSURANCE AGENCY, INC.

WEBB, Judge.

Wallace Pickel brought suit against W. L. Johnson for breach of contract. Metro Commercial Insurance Agency, Inc. was added as a party defendant; Johnson's jurisdictional motion was sustained; and the case proceeded to trial against Metro as the sole defendant.

Since the contract sued upon is clearly between Pickel and Johnson, and Metro is not a party thereto, the trial court correctly granted Metro's motion for directed verdict.

*Judgment affirmed. Bell, C. J., and Marshall, J., concur.*

ARGUED SEPTEMBER 15, 1975 — DECIDED SEPTEMBER 19, 1975 — REHEARING DENIED SEPTEMBER 30, 1975 —

Wallace E. Pickel, *pro se.*
*Glenn Frick,* for appellee.